MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0724 WHA |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE TO NOVEMBER 23 |
| DHIREN PATEL, ) | |
|     Defendant. ) | |

    On October 26, 2010, the defendant, Dhiren Patel ("defendant"), was arrested in Phoenix, Arizona arising out of an indictment in this District charging him with one count of conspiring to violate the Clean Water Act, 18 U.S.C. § 371, and five counts of violating the Clean Water Act, 33 U.S.C. § 1319(c). He was arraigned in front of a Magistrate Judge in Phoenix on October 27, 2010 and was released on his own recognizance.

    Mr. Patel is currently scheduled to have his first appearance in front of this Court on Thursday, November 18, 2010, at 9:30 a.m. Both counsel for the government and counsel for the defendant are unavailable that day. Both parties are available, however,

[PROPOSED] ORDER CONTINUING
INITIAL APPEARANCE [CR 10-0724 WHA]

1  for an initial appearance in front of this Court on Tuesday, November 23, 2010. Because
2  the defendant resides out of state, it is the parties' desire to have the defendant make his
3  initial appearance in front of both this Court and District Judge William Alsup on the
4  same day if possible. It is the understanding of the parties that both this Court and Judge
5  Alsup are available on November 23 for initial appearances.
6      Accordingly, and with the consent of the defendant, the Court orders that 1)
7  defendant shall make his initial appearance in front of this Court on November 23, 2010
8  at 9:30 a.m., and 2) the defendant shall make an initial appearance in front of District
9  Judge William Alsup at 2:00 p.m. on November 23, Judge Alsup's schedule permitting.
10 IT IS SO STIPULATED.

DATED: November 9, 2010          _____/s/_____
                                 Davina Pujari, Esq.
                                 Attorney for Dhiren Patel

DATED: November 9, 2010          _____/s/_____
                                 Stacey P. Geis
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: November 12, 2010
_____                  _____
                                 The Honorable Edward M. Chen
                                 United States Magistrate Judge



[PROPOSED] ORDER CONTINUING
INITIAL APPEARANCE [CR 10-0724 WHA]        -2-