UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10 - 00724 WHA |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DHIREN PATEL, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on November 23, 2010 and with the consent of the defendant Dhiren Patel ("defendant"), the Court enters this order 1) ordering the next appearance in front of this Court on January 25, 2011 at 2:00 p.m. for further status, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 23, 2010 to January 25, 2011.  The parties agree, and the Court finds and holds, as follows:

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until January 25, 2011 is necessary for effective preparation of counsel and for continuity of counsel.  See 18 U.S.C.

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10 - 00724 WHA ]

1  § 3161(h)(7)(A) & (B)(iv).  The defendant was indicted on October 5, 2010 and arrested
2  in Phoenix, Arizona.  He made an initial appearance on November 23, 2010 and is
3  currently out on bail.  The government recently provided the defense with voluminous
4  discovery including technical and operational documents regarding the wastewater
5  treatment plant at issue.  The defense needs adequate time to review the discovery and
6  conduct further investigation into the matter.  Accordingly, the Court finds that the ends
7  of justice served by excluding the period from November 23, 2010 to January 25, 2011,
8  outweigh the best interest of the public and the defendant in a speedy trial.  Id.
9  § 3161(h)(7)(A).

10      2.  Accordingly, and with the consent of the defendant, the Court orders that 1)
11 defendant shall make his next appearance in front of this Court on January 25, 2011 at
12 2:00 p.m., and 2) the period from November 23, 2010 to January 25, 2011 be excluded
13 from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).
14 IT IS SO STIPULATED.

15
16 DATED: December 8, 2010            ____/s/_____
                                     Davina Pujari, Esq.
17                                   Attorney for Dhiren Patel

18 DATED: December 8, 2010            ____/s/_____
                                     Stacey P. Geis
19                                   Assistant U.S. Attorney

20
   IT IS SO ORDERED.
21

22
   DATED:  December 8, 2010.         _____
23                                   The Honorable William Alsup
                                     United States District Judge
24