UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10 - 00724 WHA |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DHIREN PATEL, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on January 25, 2011 and with the consent of the defendant Dhiren Patel ("defendant"), the Court enters this order 1) ordering the next appearance in front of this Court on March 1, 2011 at 2:00 p.m. for further status and trial setting, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 25, 2011 to March 1, 2011.  The parties agree, and the Court finds and holds, as follows:

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until March 1, 2011 is necessary for

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10 - 00724 WHA ]

1  effective preparation of counsel and for continuity of counsel.  See 18 U.S.C.
2  § 3161(h)(7)(A) & (B)(iv).   The government has provided the defense with voluminous
3  discovery including technical and operational documents regarding the wastewater
4  treatment plant at issue, which the defense is still reviewing.  The defense has also issued
5  document requests to other entities and needs adequate time to receive and then review
6  this additional discovery.  Accordingly, the Court finds that the ends of justice served by
7  excluding the period from January 25, 2011 to March 1, 2011, outweigh the best interest
8  of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
9      2.  Accordingly, and with the consent of the defendant, the Court orders that 1)
10 defendant shall make his next appearance in front of this Court on March 1, 2011 at 2:00
11 p.m., and 2) the period from January 25, 2011 to March 1, 2011 be excluded from Speedy
12 Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).
13 IT IS SO STIPULATED.

DATED: February 1, 2011            /s/
                                   Davina Pujari, Esq.
                                   Attorney for Dhiren Patel

DATED: February 1, 2011            /s/
                                   Stacey P. Geis
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

        February 1, 2011.
DATED:_____        _____
                                The Honorable William Alsup
                                United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10 - 00724 WHA ]    -2-