1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,                        No. CR 10-00724 WHA

11              Plaintiff,

12     v.                                             **ORDER VACATING**
                                                      **STATUS CONFERENCE**
13   DHIREN PATEL,

14              Defendant.

15   _____/

16          Defendant Dhiren Patel has filed a statement establishing that his one-year term of

17   supervised release has been completed and discharged, effective November 24, 2012.  Defendant

18   asserts that he has complied with the terms of his supervised release and special conditions,

19   including performing 100 hours of community service, avoiding employment in any capacity

20   involving waste-water, paying a special assessment of $100, and following all instructions from

21   his probation officer.  The single exception is that defendant has been unable to comply fully

22   with the special condition that defendant make four speeches about environmental protection to

23   people employed in the environmental field.  According to probation, "[d]espite an exhaustive

24   effort from the offender and his supervising probation officer to find venues for Mr. Patel to give

25   his speech, they were unable to meet the requirements of the condition" (Dkt. No. 40).

26   Defendant did, however, prepare his speech as required.

27          Because defendant's term of supervised release has been completed and discharged, and

28   based upon defendant's representations that he has complied with all terms and conditions,

     defendant requests that the status conference currently scheduled for December 11 be vacated to

**United States District Court**
For the Northern District of California

save him the time and expense of traveling from Arizona.  For good cause shown, defendant's

request is **GRANTED**.  The status conference scheduled for December 11 is hereby **VACATED**.



        **IT IS SO ORDERED.**


Dated:  December 5, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2